**Arsenia Marisol XIRUM-TOMAS Petitioner**

v.

**Jefferson B. SESSIONS, III, Attorney General of the United States of America Respondent**

No. 16-4446

United States Court of Appeals, Eighth Circuit.

Submitted: August 4, 2017

Filed: August 9, 2017

Joseph Lopez Wilson, Omaha, NE, for Petitioner

---

1. The Honorable Ralph R. Erickson, United States District Judge for the District of North Dakota.

Karen Yolanda Drummond, Barbara Joan Leen, Carl H. McIntyre, Liza Murcia, Anthony Cardozo Payne, Assistant Director, U.S. Department of Justice, Civil Division, Office of Immigration Litigation, Washington, DC, Oil, U.S. Department of Justice, Washington, DC, for Respondent

Before WOLLMAN, LOKEN, and BENTON, Circuit Judges.

**PER CURIAM.**

Guatemalan citizen Arsenia Marisol Xirum-Tomas petitions for review of a Board of Immigration Appeals decision upholding an immigration judge's denial of asylum and withholding of removal. Xirum-Tomas offers no basis for challenging the determination that she established no nexus between the harm she claimed to have suffered and any protected ground. See Gomez-Garcia v. Sessions, 861 F.3d 730, 733 (8th Cir. 2017) (standard for asylum); Malonga v. Mukasey, 546 F.3d 546, 551 (8th Cir. 2008) (standard for withholding of removal). The petition for review is denied.